IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:06CR207
                               )
      v.                       )
                               )
SAMUEL HERNANDEZ,              )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for release pending sentencing (Filing No. 51). After hearing, the Court finds said motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for release pending sentencing is denied.

DATED this 13th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court