IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR207 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion
to continue sentencing (Filing No. 87).  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, February 8, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,
Omaha, Nebraska, or as soon thereafter as may be called by the
Court.

DATED this 15th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court